## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

EARL L. DIEHL,

      Petitioner,

                                   JUDGMENT IN A CIVIL CASE

v.

                                   Case No. 11-cv-483-bbc

JEFFERSON COUNTY CIRCUIT COURT,
BR. 3,

      Respondent.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the petition of Earl L. Diehl for a writ of habeas corpus under 28 U.S.C. § 2241 is denied.

_Peter Oppeneer_                  8/25/11
Peter Oppeneer, Clerk of Court           Date